FILED

AUG 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br>Petitioner-Appellant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | No. 20-99010<br>D.C. Nos. 3:20-cv-08217-DGC-ESW<br>3:01-cr-01062-DGC-1<br>District of Arizona,<br>Prescott<br>ORDER |

Petitioner has appealed the District Court's August 21, 2020 order denying his motions to stay his execution and to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, or in the alternative for relief under 28 U.S.C. § 2241. The district court also denied a certificate of appealability ("COA") for the appeal.

The following schedule is set. Any motion for a COA and any motion for a stay of execution must be filed tomorrow Saturday, August 22, 2020 by 6 p.m., Pacific Time. The responses must be filed Sunday, August 23, 2020 by 9 a.m., Pacific Time. No replies are to be filed.

AS DIRECTED BY THE COURT:

MOLLY C. DWYER
CLERK OF COURT