FILED

AUG 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

No. 20-99010

D.C. Nos.
3:20-cv-08217-DGC-ESW
3:01-cr-01062-DGC-1
District of Arizona,
Prescott

ORDER

BEFORE: THOMAS, Chief Judge, En Banc and Capital Case Coordinator

Petitioner has appealed the District Court's August 21, 2020 order denying his motions to stay his execution and to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The district court denied a certificate of appealability.

The three judge panel has issued an opinion denying Petitioner's request for a certificate of appealability and denying his motion for stay of execution as moot.

Any motion for reconsideration or reconsideration en banc of the panel opinion shall be filed on or before 5:00 p.m. Pacific time, Sunday, August 23, 2020. If a motion for reconsideration or reconsideration en banc is filed, the response is due 8:00 a.m. Pacific time, Monday, August 24, 2020. The briefs shall not exceed 4,200 words. No reply will be permitted.